■ In the Matter of AMERICO SALEBE et al., Petitioners, v. BENJAMIN ALTMAN, as Commissioner of the Department of Rent and Housing Maintenance, Respondent.— Determination of respondent Commissioner, dated November 23, 1971, that the landlord had not violated subdivision d of section Y51–10.0 of the Administrative Code, unanimously confirmed, without costs and without disbursements. In confirming the determination by the Commissioner, we note that the proceeding was improperly transferred by Special Term to this court. Section Y51–9.0 (subd. a, par. [1]; subd. b) of the Administrative Code provides that an article 78 proceeding brought to review a final determination of a city rental agency be commenced in the Supreme Court, and that that court is given jurisdiction to set aside such order, in whole or in part, if it be established to the satisfaction of that court that the order is not in accordance with law, or is arbitrary or capricious. Provision is also therein made for review on appeal from any judgment of the Supreme Court. Hence, Special Term should have determined the matter on the merits. However, even if a proceeding is improperly transferred to this court, the court has the power to dispose of the issues (*Matter of 125 Bar Corp.* v. *State Liq. Auth.*, 24 N Y 2d 174, 180; *Matter of Willow Garden Apts.* v. *Riker*, 36 A D 2d 892; *Matter of Fasani* v. *Rappaport*, 30 A D 2d 588). We have therefore considered the petition on the merits and have concluded that the determination of respondent Commissioner should be confirmed. Concur — Stevens, P. J., Markewich, Murphy, Steuer and Capozzoli, JJ.

■ In the Matter of PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Petitioner, v. JAY KRAMER et al., Respondents, and LOCAL 1199 DRUG AND HOSPITAL UNION, AFL-CIO et al., Intervenors-Respondents. (Proceeding No. 1.) In the Matter of the Arbitration between LEON J. DAVIS, Petitioner, and PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent. (Proceeding No. 2.) — Application of petitioner hospital in Proceeding No. 1 unanimously denied, and cross petition of the Labor Relations Board granted and the petition dismissed, without costs and without disbursements. Petition of petitioner union in Proceeding No. 2 to confirm the arbitration award unanimously granted, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Markewich, Murphy, Steuer and Capozzoli, JJ.